

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2020

No. 04-20-00088-CV

Susana Leano and Jose **LEANO,**
Appellant

v.

**CHUBB LLOYDS INSURANCE COMPANY OF TEXAS,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18729
Honorable Norma Gonzales, Judge Presiding

# O R D E R

After we granted Appellants' first and second motions for extensions of time to file the brief, the brief was due on April 29, 2020. On the twice-extended due date, Appellants filed a third motion for extension of time to file the brief until May 13, 2020, for a total extension of forty-two days.

Appellants' motion is GRANTED. Appellants' brief is due on May 13, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court